IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| UNITED STATES OF AMERICA, | 6:19-po-5005-KLD |
|---|---|
| Plaintiff, | Violation: FAJD004U |
| vs. | |
| BUCKAROO B. GARDNER, | ORDER |
| Defendant. | |

Based upon the United States' motion, and good cause appearing,

IT IS HEREBY ORDERED that the above-referenced case is dismissed, and all future court dates are vacated.

Dated this 16th day of March, 2022.

KATHLEEN L. DESOTO
United States Magistrate Judge

1